Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  15−16900−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Harry W. Barnum
   2 Willet Court
   Erial, NJ 08081

Social Security No.:
   xxx−xx−9865

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     5/11/17
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Kimberly A. Wilson, Debtor's Attorney

COMMISSION OR FEES
$3,975.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 17, 2017
JAN:

                                                             Jeanne Naughton
                                                             Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 15-16900-ABA
Harry W. Barnum                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Apr 17, 2017
                               Form ID: 137                 Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db             +Harry W. Barnum,    2 Willet Court,    Erial, NJ 08081-1318
aty            +Phelan Hallinan &Schmieg,    400 Fellowship Road Ste 100,    MT Laurel, NJ 08054-3437
cr             +CENLAR FSB SERIVCER FOR NEW JERSEY HOUSING AND MOR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Cenlar, FSB,    PO Box 77408,    Ewing, NJ 08628-6408
cr             +NEW JERSEY HOUSING AND MORTGAGE NEW JERSEY HOUSING,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel,    Mt. Laurel, NJ 08054-3437
515450730       Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
515450731      +Cenlar,    Po Box 77404,    Ewing, NJ 08628-6404
515450732      +New Jersey Housing & Mortgage Finance Ag,    637 South Clinton Avenue,    Trenton, NJ 08611-1811
515694942      +New Jersey Housing and,    Mortgage Finance Agency,    Cenlar FSB,    425 Phillps Blvd.,
                 Ewing, NJ 08618-1430
515450733      +Phelan, Hallinan & Diamond, PC,    400 Fellowship Rd Ste 100,    Mt. Laurel, NJ 08054-3437
515450734       Toyota Financial Services,    PO Box 790069,    St. Louis, MO 63179-0069
515638699      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2017 22:30:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2017 22:30:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515514584       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2017 22:32:41
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515610766      +E-mail/Text: bankruptcy@cavps.com Apr 17 2017 22:30:33     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    Cenlar, FSB nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
          John Philip Schneider    on behalf of Creditor    CENLAR FSB SERIVCER FOR NEW JERSEY HOUSING AND
           MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
          Kimberly A. Wilson    on behalf of Debtor Harry W. Barnum wilson.schroedinger@comcast.net
          Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           NJ_ECF_Notices@buckleymadole.com
          Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE NEW JERSEY HOUSING
           AND MORTGAGE nj.bkecf@fedphe.com
                                                                                              TOTAL: 9
```