UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kimberly A. Wilson, LLC
24 North White Horse Pike
Somerdale, NJ 08083
KAW 031441997
(856) 783-4440
Attorney for Debtor

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Harry Barnum,

Debtor(s)

Case No.: 15-16900

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kimberly A. Wilson_____, the applicant, is allowed a fee of $ _____3,975.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____3,975.00_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

> \* The fees are already included in the modified plan that was filed on April 13, 2017.

*Revised 10/3/02*