| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Kimberly A. Wilson, LLC<br>24 North White Horse Pike<br>Somerdale, NJ 08083<br>KAW 031441997<br>(856) 783-4440<br>Attorney for Debtor | Order Filed on May 11, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Harry Barnum,<br>Debtor(s) | Case No.: 15-16900<br>Chapter: 13<br>Judge: ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kimberly A. Wilson_____, the applicant, is allowed a fee of $ _____3,975.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____3,975.00_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

* The fees are already included in the modified plan that was filed on April 13, 2017.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Harry W. Barnum  
    Debtor

Case No. 15-16900-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 11, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
db          +Harry W. Barnum,   2 Willet Court,   Erial, NJ 08081-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:

           Andrew L. Spivack    on behalf of Creditor    Cenlar, FSB nj.bkecf@fedphe.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
            summarymail@standingtrustee.com  
           Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
           John Philip Schneider    on behalf of Creditor    CENLAR FSB SERIVCER FOR NEW JERSEY HOUSING AND  
            MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
           Kimberly A. Wilson    on behalf of Debtor Harry W. Barnum wilson.schroedinger@comcast.net  
           Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION  
            NJ_ECF_Notices@buckleymadole.com  
           Michael Frederick Dingerdissen    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE  
            AGENCY nj.bkecf@fedphe.com  
           Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE NEW JERSEY HOUSING  
            AND MORTGAGE nj.bkecf@fedphe.com  
                                                                                                                                             TOTAL: 10