Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on June 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Harry W. Barnum

Debtor(s)

Case No.:	15-16900 (ABA)

Hearing Date:	06/14/2017

Judge:	Andrew B. Altenburg, Jr.

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: June 15, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Harry W. Barnum
Case No.: 15-16900 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 04/16/2015, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $200.00 **for a period of 60 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,500.00.  The unpaid balance of the allowed fee in the amount of $2,500.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Harry W. Barnum
Case No.: 15-16900 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Cenlar, FSB will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Cenlar, FSB on account of pre-petition arrears set forth in the proof of claim dated August 19, 2015. total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-16900-ABA
Harry W. Barnum                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1           Date Rcvd: Jun 15, 2017
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db              +Harry W. Barnum,    2 Willet Court,    Erial, NJ 08081-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    Cenlar, FSB nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    CENLAR FSB SERIVCER FOR NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
      Kimberly A. Wilson    on behalf of Debtor Harry W. Barnum wilson.schroedinger@comcast.net
      Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@buckleymadole.com
      Michael Frederick Dingerdissen    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE NEW JERSEY HOUSING AND MORTGAGE nj.bkecf@fedphe.com
                                                                                  TOTAL: 10